THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JINA A. WALKER, Appellant. [869 NYS2d 846]

 Present—Centra, J.P., Peradotto, Green and Pine, JJ.